1072

No. 11–7060. SOLOMON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7062. SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7065. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7078. TARRATS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7082. CRUZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7089. SOUTH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7090. BOATSWAIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7100. OROPEZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7101. MORRISON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7102. MOSES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7105. DEMMLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7132. BAKER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–10800. BEGAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–85. AMY v. MONZEL ET AL. C. A. D. C. Cir. Motion of respondent Michael M. Monzel for leave to proceed in forma pauperis granted. Certiorari denied.